OPINION — AG — ANY INSTRUMENT, WHETHER ENTITLED " SECURITY AGREEMENT " OR SOMETHING ELSE, CAN BE THE BASIS FOR A PROSECUTION UNDER 21 O.S. 1961 1834 [21-1834], ONLY IF IT DEEMED EITHER A CHATTEL MORTGAGE OR A CONDITIONAL SALES CONTRACT REGARDLESS OF THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE. CITE: 46 O.S. 1961 51-75 [46-51] — [46-75], 46 O.S. 1961 91-94 [46-91] — [46-94], 60 O.S. 1961 318 [60-318] (HUGH COLLUM)